**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIBERTO PENALOZA, | CASE NO. CV 09-07347 GHK (RZ) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING AMENDED REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| BELEVICH, R. JOHNSON, et al., | |
| Defendants. | |

The Court has reviewed the file in this matter, and has read and reviewed the Amended Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Amended Report and adopts its findings and recommendations.

DATED: 3/1/11

GEORGE H. KING
UNITED STATES DISTRICT JUDGE